In the Matter of the Judicial Settlement of the Final Account of BERTHA GRAF WARK, as Administratrix, etc., of LYDIA CHRISTINA GRAF, Deceased. RICHARD GRAF, Respondent; THE ÆTNA CASUALTY AND SURETY COMPANY, Appellant.— Motion to dismiss appeal granted, with ten dollars costs, and appeal dismissed, with costs. Present — Lazansky, P. J., Hagarty, Carswell, Scudder and Davis, JJ.

In the Matter of the Application of EDWARD H. HELMLE and Others, Respondents, for a Certiorari Order against the TOWN BOARD OF THE TOWN OF NORTH HEMPSTEAD, Appellant.— Motion for reargument denied. Motion for leave to appeal to the Court of Appeals denied. Present — Lazansky, P. J., Hagarty, Carswell, Scudder and Davis, JJ.

In the Matter of the Application of ADELE DEFORREST HOPPE for a Supplemental Hearing to Give Further Testimony and Prove Her Chain of Title to the Property Known as Damage Parcel No. 12 on the Damage Map and in the Final Decree Made in a Certain Proceeding in the Matter of Acquiring Title by the City of New York to Certain Lands and Premises Consisting of a Block Bounded by Coney Island Avenue, etc., in the Borough of Brooklyn, City of New York, Duly Selected as a Site for School Purposes According to Law.— Motion for appointment of official referee granted and matter referred to an official referee to take proof. Present — Lazansky, P. J., Hagarty, Carswell, Scudder and Davis, JJ.

In the Matter of Proving the Last Will and Testament of JENS JENSEN, Deceased, as a Will of Real and Personal Property.— Motion to dismiss appeal denied upon condition that appellant perfect the appeal for the January, 1932, term (for which term the case is set down) and be ready for argument when reached, and upon the further condition that appellant pay respondents ten dollars costs within five days from service of a copy of the order herein; otherwise, motion granted, with ten dollars costs. Present — Lazansky, P. J., Hagarty, Carswell, Scudder and Davis, JJ.

In the Matter of Proving the Last Will and Testament of WILLIAM MACGREADY, also Known as WILLIAM L. MACGREADY, Deceased, as a Will of Real and Personal Property. LOUISE MACGREADY, Appellant. DAVID M. WOLFF, Temporary Administrator, etc., Respondent.— Motion to vacate stay denied. Present — Lazansky, P. J., Hagarty, Carswell, Scudder and Davis, JJ.

In the Matter of the Application for an Order Making the Minutes of a Grand Jury Investigation Regarding Charges against Certain Members of the New York State Police a Public Record of this Court.— Motion to dismiss appeal denied. Present — Lazansky, P. J., Hagarty, Carswell, Scudder and Davis, JJ.

In the Matter of the Election of Directors of PLYMOUTH MARKET, INC. PLYMOUTH MARKET, INC., and ELIZABETH POOLE, Appellants; EMIL AHLHAUS, Respondent.— Motion for leave to appeal to the Court of Appeals denied. Present — Lazansky, P. J., Carswell, Scudder and Davis, JJ.; Hagarty, J., taking no part.